**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Helen H. Park*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*Camden, NJ 08102*
*helen.park@usdoj.gov*

*main: (856) 757-5026*
*direct: (856) 754-2247*

October 5, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Saint-Louis v. John Tsoukaris, et al.*, No. 26-cv-12759** (MCA)
**Status of Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. On September 22, 2026, ICE issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings. Ex. A. We respectfully write, pursuant to the Court's September 28, 2026, Order, ECF No. 2, to confirm that Petitioner received a bond hearing on September 22, 2026. At that hearing, an Immigration Judge granted Petitioner's request for release under bond of $7,500. *See* Ex. A.

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a). *See, e.g.*, *Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must exhaust administrative remedies before bringing a habeas petition). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Helen Park*
HELEN H. PARK
Assistant United States Attorney
*Attorneys for Respondents*

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 10/8/26

cc: Counsel of Record (by ECF)